UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

ROBERT MCNIVEN, and
Similarly situated individuals,

    Plaintiff(s),

v.

XPO LOGISTICS FREIGHT, INC.,
A Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant, XPO LOGISTICS FREIGHT, INC. ("Defendant") hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441 and states the following grounds for removal of this case from the Circuit Court in and for Broward County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1.    This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law, the Fair Labor Standards Act (FLSA).

### TIMELINESS OF REMOVAL

2.    On October 29, 2018 Plaintiff, Robert McNiven ("Plaintiff") commenced a civil action against Defendant by filing a Complaint in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE-18-025439. A true and correct copy of the Complaint is attached as Exhibit "A."

3.    Plaintiff served Defendant with the Complaint on November 9, 2018.

4. Defendant has not served any answer or responsive pleading to Plaintiff's Complaint.

5. This Notice is filed with this Court within thirty (30) days after Defendant received a copy of the Complaint upon which this action is based, and before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders which have been served upon Defendant are attached hereto as Exhibit "A."

## FEDERAL QUESTION JURISDICTION

7. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges in the Complaint a violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* See Complaint (Wage and Hour Federal Statutory Violations).

## VENUE

8. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

9. Defendant submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

10. Contemporaneously with this filing, Defendant also is filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the Notification of Removal is attached as Exhibit "B."

WHEREFORE, Defendant, XPO LOGISTICS FREIGHT, INC., respectfully requests this action be removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida.

>Respectfully submitted,
>
>/s/ Mendy Halberstam
>Mendy Halberstam, Esq.
>Florida Bar No. 68999
>E-mail: m*endy.halberstam@jacksonlewis.com*
>Brandon U. Campbell, Esq.
>Florida Bar No.: 112853
>E-mail: *Brandon.campbell@jacksonlewis.com*
>JACKSON LEWIS P.C.
>One Biscayne Tower, Suite 3500
>Two South Biscayne Boulevard
>Miami, Florida 33131
>Telephone: (305) 577-7651
>Facsimile: (305) 373-4466

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

>s/Mendy Halberstam
>Mendy Halberstam, Esq.

3

**SERVICE LIST**

**United States District Court for the Southern District of Florida**
*Robert McNiven v. XPO Logistics Freight, Inc.*

Case No. _____

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq.<br>Florida Bar No. 533637<br>E-mail: agp@rgpattorneys.com<br>Max L. Horowitz, Esq.<br>Florida Bar No. 118269<br>E-mail: mhorowitz@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>Courthouse Tower<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br><br>*Attorneys for Plaintiff(s)* | Mendy Halberstam, Esq.<br>Florida Bar No. 68999<br>E-mail: mendy.halberstam@jacksonlewis.com<br>Brandon U. Campbell, Esq.<br>Florida Bar No.: 112853<br>E-mail: *Brandon.campbell@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7651<br>Facsimile: (305) 373-4466<br><br>*Attorneys for Defendant* |